AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Christopher Lee Dunlap | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:15-cv-3165-MGL |
| | ) |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is the judgment of the Court that this matter is reversed under § 405(g) and remanded for further administrative proceedings.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting Magistrate Judge Mary Gordon Baker's Report and Recommendation.

Date:   January 31, 2017                                         *CLERK OF COURT*

                                                                  s/Elena Graham
                                                           *Signature of Clerk or Deputy Clerk*